MacGUIRE v. HUGHES. (Supreme Court, Appellate Division, First Department. January

28, 1910.) Action by Constantine J. MacGuire against Margaret E. Hughes. No opinion. Application granted. Order signed. See, also, 126 App. Div. 637, 111 N. Y. Supp. 153.

McLEAN, Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Charles N. McLean against John E. McNulty. E. V. Farley, for appellant. W. E. Milno, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.